IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05 CR 254 |
| ) | |
| AMIR HOSSEINI, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM ORDER**

This Court's January 27 mail delivery included a belatedly tendered self-prepared submission by Amir Hosseini ("Hosseini") captioned "Defendant's Motion for Return of Property Pursuant To Rule 41(g) Fed. R. Crim. P." ("Motion").[1] Hosseini's attached Certificate of Service reflects that he had mailed a copy of the Motion to the United States Attorney's Office on December 23, although nonlawyer Hosseini was then understandably unaware of (1) this District Court's LR 5.2(f) requirement that a courtesy copy be sent to the judge assigned to the case and (2) the LR 5.3 requirement that any motion be accompanied by a designation of a date of presentment (something that Hosseini, who is serving a long-term sentence at FCI Milan, Michigan would -- at a minimum -- have major difficulty in implementing).

Because all of this Court's criminal matters (including those in already closed cases) had previously been reassigned to its colleagues for procedural reasons, action by the District Court's Executive Committee was necessary for Hosseini's Motion to be brought before this Court for

---

[1] Hosseini's Motion had been received in the Clerk's Office on December 31, 2015 and docketed on January 5, 2016 as Dkt. No. 833, but this Court was unaware of the Motion until Hosseini mailed a copy to its chambers.

handling. That action was taken by the Executive Committee on February 5 "in the interest of efficient judicial administration."

Accordingly the Motion is set for a status hearing at 9:15 a.m. February 17, 2016 to set a date for the government's response to the Motion and to discuss what further proceedings are likely to be required. For that purpose the Assistant United States Attorney assigned to the case is directed to make appropriate arrangements for Hosseini's telephonic participation in that status hearing.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 9, 2016