**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05 CR 254 |
| | ) | |
| **AMIR HOSSEINI,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM ORDER</u>

In his latest effort to challenge his long term federal sentence, this time by invoking the provisions of subsection (f)(4) of 28 U.S.C. § 2255 ("Section 2255") to bring his most recent effort within the one-year limitation period established by Section 2255(f) "in light of new fact," as movant Amir Hosseini ("Hosseini") puts it, Hossein filed such a motion coupled with extensive exhibits at the end of last week. As it has with Hosseini's prior contentions, this Court orders the United States Attorney's Office to file a response to that motion as promptly as is feasible.

In that respect, both Daniel Rubinstein and Lisa Noller, the two AUSAs who handled the prosecution and trial of Hosseini and his then co-defendant Hossein Obaei, are no longer with the United States Attorney's Office. It will therefore be necessary to assign a new AUSA to the matter and for that assigned person to make inquiry of attorneys Rubinstein and Noller to the extent needed for a response. Accordingly this Court will await an interim report from the

United States Attorney's Office as to the likely timing of a response, so that this Court can in turn

communicate with Hosseini on that subject.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 8, 2017