**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05 CR 254 |
| AMIR HOSSEINI, | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

At long last the United States has filed its response (Dkt. No. 849) to the long-pending effort by Amir Hosseini ("Hosseini") seeking the return of property pursuant to Fed. R. Crim. P. ("Rule") 41(g). But Hosseini has lost nothing from the delay, for the just-filed response demonstrates persuasively that his motion is lacking in merit on more than one ground. There is no need to repeat the government's arguments, for they are well presented in its response. Accordingly Hosseini's Rule 41(g) motion, most recently advanced in Dkt. No. 833, is denied. Hosseini's motion for enforcement of order and return of property (Dkt. No. 830) is denied. Hosseini's motion for status determination (Dkt. No. 848) is denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 13, 2017